IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE LUIS VALDIVIA MARTINEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WARDEN OF FEDERAL DETENTION CENTER PHILADELPHIA, MICHAEL ROSE,** in his official capacity as Acting Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Philadelphia Field Office, **TODD LYONS,** in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement, **KRISTI NOEM,** in her official capacity as Secretary of the Department of Homeland Security, **PAMELA BONDI,** in her official Capacity as United States Attorney General | : | **NO. 25-6568** |

## ORDER

**NOW**, this 26th day of November, 2025, upon consideration of the Stipulation and Order dated November 26, 2025 (Doc. No. 7), it is **ORDERED** that respondents are enjoined from transferring petitioner Jose Luis Valdivia Martinez outside the Commonwealth of Pennsylvania absent further order of the court.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.